**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7222

LOUIS LAVELLE FLETCHER,

Petitioner - Appellant,

versus

STEVE DEWALT,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-910-5-H)

Submitted: April 28, 2005                    Decided: May 3, 2005

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis Lavelle Fletcher, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louis Lavelle Fletcher, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and on his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fletcher v. DeWalt, No. CA-02-910-5-H (E.D.N.C. Mar. 1, 2004). In addition, we find no abuse of the district court's discretion in its denial of Fletcher's Rule 59(e) motion. Tempkin v. Frederick County Comm'rs, 945 F.2d 716, 724 (4th Cir. 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED